**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

SEP 10 2013

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:12-CR-322-K (01) |
| | ) | |
| MELITON TORRES | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

MELITON TORRES,  by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to **Count 1 of the 3 Count Indictment** filed on October 10, 2012.  After cautioning and

examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is

supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty and plea agreement be accepted and that Defendant be

adjudged guilty and have sentence imposed accordingly.

Date:   September 10, 2013

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).